AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Billingnetwork Patent, Inc., ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | 8:15 cv 2509 T 30 AEP |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| Intermedix Corporation ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Intermedix Corporation
c/o Joel Portice, Chief Executive Officer
6451 North Federal Highway, Suite 1000
Fort Lauderdale, FL 33308

2015 OCT 23 PM 12: RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy J. Haller
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
haller@nshn.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 23 2015

*Signature of Clerk or Deputy Clerk*