**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BILLINGNETWORK PATENT, INC.,

    Plaintiff,

v.                                            Case No: 8:15-cv-2509-T-30AEP

INTERMEDIX CORPORATION,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of December, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record